Bradford Estate
Company
vs.            Equity No. 11039.
William J. Brown
et al.

October 7, 1931.

FROST, J. Heard on demurrer to Bill of Complaint.

This is a bill of complaint brought by Bradford Estate Company, a cor-

poration, claiming to be the holder of real estate in the city of Providence conveyed to it by Bradford Campbell, which real estate the respondents are threatening to sell under an execution issued out of the Superior Court to satisfy a judgment obtained in an action by respondent William J. Brown against Bradford Campbell, and which real estate was attempted to be attached upon the original writ issued in that case on the 9th day of July, A. D. 1928.

Complainant shows that the affidavit of Brown on the original writ of attachment was dated three days after the date of the issuance of the writ. It also shows that the return of the officer on the writ of attachment described the property attempted to be attached neither by metes and bounds nor by reference to surveyors' plats but by reference to assessors' plats.

The respondents have demurred to the bill on various grounds, thereby raising the question whether the original writ of attachment was a good and valid writ of attachment and also whether the officer's description was sufficiently certain to create a lien upon the property.

This cause was recently before the Court on complainant's prayer for a preliminary injunction, at which time the same questions were raised. The conclusion was reached at that time that the writ of attachment was a valid writ of attachment and that from anything that appeared the officer's return was sufficiently certain to create a lien upon the property attempted to be attached.

The Court answers these questions as before and makes reference to its rescript in this cause for its reasons for so answering them.

Respondents' demurrer is sustained.

For complainant: Boss & McMahon.

For respondent: John P. Beagan.